Leone v Elmwood Bidwell Redevelopment Co., LLC (2025 NY Slip Op 00532)

Leone v Elmwood Bidwell Redevelopment Co., LLC

2025 NY Slip Op 00532

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, NOWAK, AND KEANE, JJ.

111 CA 23-01834

[*1]DONALD J. LEONE, LORI LEONE AND DONALD J. LEONE, LLC, PLAINTIFFS-APPELLANTS,
v
ELMWOOD BIDWELL REDEVELOPMENT COMPANY, LLC, CIMINELLI REAL ESTATE CORPORATION AND CIMINELLI REAL ESTATE VENTURES, LLC, DEFENDANTS-RESPONDENTS. 

LIPSITZ GREEN SCIME CAMBRIA LLP, BUFFALO (JOHN A. COLLINS OF COUNSEL), FOR PLAINTIFFS-APPELLANTS.
LIPPES MATHIAS LLP, BUFFALO (JENNIFER C. PERSICO OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Erie County (Craig D. Hannah, J.), entered October 12, 2023. The order granted the motion of defendants to dismiss the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: January 31, 2025
Ann Dillon Flynn
Clerk of the Court